PER CURIAM.
Affirmed. Williams v. State, Fla.1954, 74 So.2d 797; Washington v. State, Fla.App.1960, 118 So.2d 650; San Fratello v. State, Fla.App.1963, 154 So.2d 327; Brown v. State, Fla.App.1967, 192 So.2d 794; Simpson v. State, Fla.App.1968, 211 So.2d 862; Robertson v. State, Fla.App.1971, 245 So.2d 304; DeLaine v. State, Fla.1972, 262 So.2d. 655; Sims v. Georgia, 385 U.S. 538, 87 S.Ct. 639, 17 L.Ed.2d 593; § 924.33, Fla.Stat., F.S.A.